# Notice Recipients

District/Off: 0209−2    User: admin    Date Created: 02/22/2016
Case: 2−16−20163−PRW    Form ID: 309A    Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Dianne Lynn Lunn | 926 Burritt Rd | Hilton, NY 14468 | | |
| tr | Douglas J. Lustig | Dibble & Miller | 55 Canterbury Rd. | Rochester, NY 14607 | |
| 21412637 | Centralized Insolvency Operation | PO Box 21126 | Philadelphia, PA 19114−0326 | | |
| 21412629 | Centralized Insolvency Operation | PO Box 21126 | Philadelphia, PA 191140326 | | |
| 21412630 | Cianciola & Beech Periodontal Group | 2005 Lyell Avenue | Rochester, NY 14606 | | |
| 21412631 | Comenity Bank | Bankruptcy Department | PO Box 182125 | Columbus, OH 43218−2125 | |
| 21412632 | David R. Morabito, Esq. | 117 E. Commercial Street | East Rochester, NY 14445 | | |
| 21412634 | EOS CCA | 300 Canal View Boulevard | Suite 130 | Rochester, NY 14623 | |
| 21412635 | FCI Lender Services | PO Box 27370 | Anaheim, CA 92809 | | |
| 21412636 | I.C. Systems | 444 Highway 96 East | PO Box 64886 | St. Paul, MN 55164 | |
| 21412638 | Lakeside Memorial Hospital | 156 West Avenue | Brockport, NY 14420 | | |
| 21412639 | Lourdes Hospital | 169 Riverside Drive | Binghampton, NY 13905 | | |
| 21412640 | New York State Department of | Taxation and Finance | Civil Enforcement−CO−ATC | W A Harriman State Campus | Albany, NY 12227 |
| 21412645 | Peter Edelman, Esq. | 950 Third Avenue | New York, NY 10022 | | |
| 21412646 | Pulvers, Pulvers, Thompson and | Friedman | 950 Third Avenue | New York, NY 10022 | |
| 21412647 | Rab Performance Recoveries, LLC | 10 Forest Avenue | Paramus, NJ 07652 | | |
| 21412648 | Security Credit Systems, Inc. | PO Box 846 | Buffalo, NY 14240 | | |
| 21412649 | Unity Health System | PO Box 30510 | Rochester, NY 14603 | | |
| 21412650 | Verizon Wireless Bankruptcy | Administration | 500 Technology Drive | Suite 550 | Weldon Spring, MO 63304 |
| 21412651 | Western New York Dental − Greece | 1524 Ridge Road West | Rochester, NY 14616 | | |
| 21412652 | Westvue NPL Trust II | c/o Longvue Mortgage Capital | 895 Dove Street | New Port Beach, CA 29660 | |
| 21412633 | eBay Headquarters | 2065 Hamilton Avenue | San Jose, California 95125 | | |

TOTAL: 22