UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re:

    DIANNE LYNN LUNN,

              Debtor.

----------------------------------------------------------------X

Case No. 2-16-20163-PRW
Chapter 7

## CERTIFICATE OF SERVICE

I, **Daniel Lunn**, certify that on **March 15, 2016**, I served true and correct copies of **Official Form 108, Statement of Intent for Individuals Filing Under Chapter 7** on the following parties at the addresses by them for that purpose, by depositing a true copy of the same enclosed in a postage fully pre-paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

I further certify that I am over the age of 18 years and not a party to the above entitled matter. Under penalty of perjury, I declare that the foregoing is true and correct.

Date **3/15/16**        Signature _/s/ Daniel Lunn_

                              Print Name **Daniel Lunn**

Michael C. Manniello, Sr.
Peter T. Roach and Associates, P.C.
Attorneys at Law
6901 Jericho Turnpike, Suite 240
Syosset, NY 11791

Douglas J. Lustig, Trustee
Dibble & Miller
55 Canterbury Rd.
Rochester, NY 14607