# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:      Case No.: 2–16–20163–PRW
        Chapter: 7

    Dianne Lynn Lunn

           SSN: xxx–xx–4365

        Debtor(s)

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # *31* – Amended Schedules and/or Statements filed: Statement of Intention. (Attachments: # 1 Certificate of Service) Filed on behalf of Debtor Dianne Lynn Lunn (Saetta, K.)

**MISSING OR INCOMPLETE:**

[ X ] Amendment is missing: [ X ] Cover Sheet; [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities
     [ ] File as: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
     [ ] File as: Bankruptcy > Other > Cover Sheet.
     [ ] File as: Bankruptcy > Other > Certificate of Service.

[ ] Signature or Electronic Equivalent is missing from

[ ] Incorrect Case Number is identified on the pdf.

[ ] Hearing Information is improper: [ ] Date; [ ] Time; [ ] Location.

[ ] Certificate of service is missing. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ ] Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ ] Official Form 423 is missing. Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **File as: Bankruptcy > Other > Financial Management Course**.

[ ] Per Chambers, Need proof of mortgage recording or lien perfection.

[ ] Other:

[ ] **File as:**

**ADDITIONAL INFORMATION:** The deficiencies noted above must be corrected.

[ ] This motion **WILL NOT** be considered by the Court.

[ ] **File as: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.**

Date: March 18, 2016        Lisa Bertino Beaser
                                    Clerk of the Bankruptcy Court

                                           By: K. Saetta
                                              Deputy Clerk

Form defygen/Doc 32
www.nywb.uscourts.gov