(Rev. 12/15: Previous Versions are Obsolete)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
### COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: __Dianne Lynn Lunn__    Case No. __2-16-20163-PRW__    Chapter: __7__

## A. IDENTIFY TYPE OF DOCUMENT BEING FILED: (Select either #1, #2 or #3)
- [ ] **#1--Amendment** to previously filed document (Go to Sec. B)
- [x] **#2--Schedule/Statement** not previously filed (Go to Sec. B)
- [ ] **#3--Schedule of Post-Petition Debts** (result of conversion--no fee due) (Go to Sec. D)

## B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:
- [ ] **Official Form 101:** [ ] Part 1 [ ] Part 2 [ ] Part 3 [ ] Part 4 [ ] Part 5 [ ] Part 6 [ ] Part 7
- [ ] **Official Form 106Sum:** Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] **Official Form 106Dec:** Declaration About an Individual Debtor's Schedules
- [x] **Official Form 108:** Chapter 7 Statement of Intention for Individuals
- [ ] **Schedules:** (Please check all schedules attached)
    - [ ] Schedule A/B  [ ] Schedule C  [ ] Schedule D (Go to Sec. C)  [ ] Schedule E/F (Go to Sec. C)
    - [ ] Schedule G  [ ] Schedule H  [ ] Schedule I  [ ] Schedule J  [ ] Schedule J-2
- [ ] **Statement of Financial Affairs**
- [ ] **Statement Pursuant to Rule 2016(b)**
- [ ] **Official Form 201:** [ ] Debtor's Name [ ] Debtor's Address [ ] Debtor's EIN [ ] Other Names used by the Debtor
    - [ ] Other: _____
    (Please indicate the Question # from Form 201 that is being amended and a brief description)
- [ ] **Official Form 201A:** Ch. 11 Attachment to Voluntary Petition for Non-Individuals
- [ ] **Official Form 202:** Declaration Under Penalty of Perjury for Non-Individual Debtors
- [ ] **Creditor Matrix**
- [ ] **Chapter 13 Plan (Pre-confirmation):** [ ] Decrease Payments [ ] Increase Payments [ ] Increases length of plan
- [ ] **Other:** _____

*FOR CHANGES AFFECTING SCHEDULES D, E/F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

## C. CREDITOR/SCHEDULE INFORMATION: (Select either #1, #2 or #3)
- [ ] #1 -- Creditors are being added or deleted by this amendment/schedule, **AND**
    - [ ] The $30.00 amendment fee is attached
    - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties **added** is attached.
    **Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.**
- [ ] #2 -- Schedule(s) of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors.
    - [ ] The $30.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
    - [ ] The $30.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney].
- [ ] #3-- No Creditors are being added or deleted.

## D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION

⇒ **CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

⇒ **DECLARATION OF ATTORNEY:** [Attorney or debtor(s), if pro se, must sign]: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated __3/18/16__    Signature: __Dianne Lynn Lunn__

⇒ **DECLARATION OF DEBTOR(S):** [Required if declaration is not completed on the document(s) itself or by separate instrument]
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Dated: __3/18/16__    Signature: __Dianne Lynn Lunn__ (debtor)

Dated: _____    Signature: _____ (joint debtor, if any)