MONROE COUNTY CLERK'S OFFICE

ROCHESTER, NY

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #  1277361

Index     ASSIGNMENT OF MORTGAGE

Book  1779          Page    276

No. Pages : 7

Return To:
    WEB TITLE
    500A CANAL VIEW BLVD
    ROCHESTER,NY 14623-

Instrument ASSIGNMENT OF MORTGAGE

Date   :   07/30/2015

Time   :   04:22:00PM

NNPL TRUST SERIES 102-1 C/O CHRISTIANA TRUST
WILMINGTON SAVINGS FUND SOCIETY FSB

WESTVUE NPL TRUST II

Control #  **201507300903**

Mortgage # MCW0141987

Employee : NeseB

| | | |
|---|---|---|
| COUNTY FEE NUMBER PAGES | $ | 30.00 |
| RECORDING FEE | $ | 45.50 |

| | | |
|---|---|---|
| Total | $ | 75.50 |

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

    CHERYL DINOLFO
    MONROE COUNTY CLERK



PI182-201507300903-7

Order ID: ▮▮▮▮▮▮

Record & Return
Web Title Agency
500-A Canal View Boulevard
Rochester, NY 14623

## ASSIGNMENT OF MORTGAGE

For valuable consideration paid, **NNPL Trust Series 2012-1 c/o Christiana Trust, a division of Wilmington Savings Fund Society, FSB,** whose address is **c/o Christiana/Wilmington SFS, 500 Delaware Avenue, 11th floor, Wilmington, DE 19801** the holder of the mortgage described as follows:

**That certain mortgage described as follows: made by DIANNE L. LUNN to Mortgage Electronic Registration Systems, Inc., solely as nominee for ACCESS NATIONAL MORTGAGE in the amount of $102,961.00, dated 02/23/2006, recorded on 03/28/2006, at Book: 20367 Page: 322, Instrument#: 200603280647, relating to that property commonly known as: 926 Burritt Road, Hilton, NY 14468, in the county of Monroe and described as parcel number: _____.**

Which is a lien on the real property described below in **Exhibit A**, attached hereto, does hereby convey, grant, sell, assign, transfer and set over the described mortgage together with all interest secured thereby, all liens and any rights due or to become due thereon to **WestVue NPL Trust II** whose mailing address is **c/o LongVue Mortgage Capital Inc., 895 Dove Street, Suite 125, Newport Beach, CA 29660.**

Chain of Assignments relating to the above described **mortgage** see **Exhibit B**, attached hereto.

*This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.*

1

**Property Address: 926 Burritt Road, Hilton, NY 14468**

Executed by the undersigned this _____March 4_____, 2015.

**NNPL Trust Series 2012-1 c/o Christiana Trust, a division of Wilmington Savings Fund Society, FSB, by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, its attorney-in-fact**

By: _Cynthia M Brock_

Name: _Cynthia M. Brock_

Its: _Manager_

STATE OF _SC_
COUNTY OF _Greenville_

*(Complete Venue with State, Country, Province or Municipality.)*

On the _4_ day of _March_ in the year 2015, before me, the undersigned, personally appeared _Cynthia M Brock_ its _Manager_, on behalf of **NNPL Trust Series 2012-1 c/o Christiana Trust, a division of Wilmington Savings Fund Society, FSB, by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, its attorney-in-fact** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _Greenville_ *(Insert the City or other political subdivision and the State or Country or other place the acknowledgment was taken.)*

_____
Signature of Notary Public

_Michelle L Church_

My commission expires:_1/31/2016_

This instrument prepared by: Jay Rosenberg, Esq., and reviewed by Ross M. Rosenberg, Esq., Rosenberg LPA, Attorneys At Law, 3805 Edwards Road, Suite 550, Cincinnati, Ohio 45209. (513) 247-9605.

*[Notary seal: MICHELLE L. CHURCH / MY COMMISSION EXPIRES 1/31/2016 / NOTARY PUBLIC / SOUTH CAROLINA]*

2

**Property Address: 926 Burritt Road, Hilton, NY 14468**

**EXHIBIT A (LEGAL DESCRIPTION)**

**Parcel Number:** _____

**Property Address: 926 Burritt Road, Hilton, NY 14468**

**Exhibit "A"**

**Legal Description**

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF PARMA, COUNTY OF MONROE AND STATE OF NEW YORK:

PART OF THE WESTERLY SUBDIVISION OF LOT 2, RANGE 8 IN THE SOUTH SECTION OF BRADDOCKS BAY TOWNSHIP AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT IN THE CENTERLINE OF BARRITT ROAD AND THE CENTERLINE OF CLARKSON-PARMA TOWNLINE ROAD. THENCE (1) NORTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT; THENCE (2) EASTERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 100 FEET TO A POINT; THENCE (3) SOUTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT IN THE CENTERLINE OF BURRITTE ROAD. THENCE (4) WESTERLY AT AN INTERIOR ANGEL OF 90 DEGREES, 100 FEET TO A POINT OF BEGINNING. WHICH IS ALSO THE CENTERLINE OF BURRITT ROAD. SUBJECT TO THE RIGHTS OF THE PUBLIC TO THAT PART OF THE PREMISES LOCATED WITHIN THE RIGHT OF WAY OF BURRITT ROAD. THE ABOVE DESCRIBED PREMISES ARE ALSO KNOWN AS LOT NO. 20 ON A MAP OF THE KENNETH PODGERS FARR SUBDIVISION FILED IN THE MONROE COUNTY CLERK'S OFFICE IN LIBER 159 OF MAP AT PAGE 22 AND FRONTS 100 FEET ON THE NORTH SIDE OF BURRITT ROAD.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 031.03-2-34; SOURCE OF TITLE IS BOOK 09402, PAGE 0103 (RECORDED 05/29/01)

**EXHIBIT B**
**(CHAIN OF ASSIGNMENTS)**

4
**Property Address: 926 Burritt Road, Hilton, NY 14468**

**Mortgage**
Mortgagor: Dianne L. Lunn
Mortgagee: Mortgage Electronic Registration Systems, Inc., solely as nominee for
Access National Mortgage
Amount: $102,961.00
Dated: February 23, 2006
Recorded: March 28, 2006
Book: 20367
Page: 322

**Assignment of Mortgage 1**
Assignor: Mortgage Electronic Registration Systems, Inc. as nominee for Access
National Mortgage
Assignee: Countrywide Home Loans Servicing, L.P.
Dated: May 5, 2009
Recorded: November 6, 2009
Book: 1623
Page: 30

**Assignment of Mortgage 2**
Assignor: Bank of America, N.A., successor by merger to BAC Home Loans
Servicing, LP FKA Countrywide Home Loans Servicing, LP
Assignee: Secretary of Housing and Urban Development
Dated: April 10, 2013
Recorded: April 23, 2013
Book: 1729
Page: 15

**Assignment of Mortgage 3**
Assignor: Secretary of Housing and Urban Development
Assignee: Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures
Trust Series 2012-3
Dated: April 10, 2013
Recorded: April 23, 2013
Book: 1729
Page: 19

**Assignment of Mortgage 4**
Assignor: Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures
Trust Series 2012-3
Assignee: NNPL Trust Series 2012-1 c/o Christiana Trust, a Division of Wilmington Savings
Fund Society, FSB
Dated: May 14, 2014
Recorded: April 23, 2013
Book: 1767
Page: 662

MONROE COUNTY CLERK'S OFFICE

ROCHESTER, NY

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #   887044

Index       ASSIGNMENT OF MORTGAGE

Book   1729          Page    19

No. Pages : 4

Instrument ASSIGNMENT OF MORTGAGE

Date   :   04/23/2013

Time   :   01:07:41PM

Control #   **201304230662**

Return To:
     VISIONET SYSTEMS
     183 INDUSTRY DRIVE
     PITTSBURGH, PA 15275-

USA/HUD

KONDAUR CAPITAL CORPORATION

Mortgage # MCW041987

Employee : DianeA

| | | |
|---|---|---|
| COUNTY FEE NUMBER PAGES | $ | 15.00 |
| RECORDING FEE | $ | 45.50 |

| | | |
|---|---|---|
| Total | $ | 60.50 |

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

          CHERYL DINOLFO
          MONROE COUNTY CLERK



PI182-201304230662-4

**WHEN RECORDED MAIL TO**
NNPL Trust Series 2012-1 c/o Christiana Trust, a
division of Wilmington Savings Fund Society, FSB
500 Delaware Avenue, 11th Floor
Wilmington, Delaware 19801

_____[Space Above This Line For Recording Data]_____

Effective Date _May 14_ ,2014

## ASSIGNMENT OF Mortgage

County of MONROE, State of New York

Assignor    Kondaur Capital Corporation, as separate trustee of Matawin Ventures Trust Series 2012-3,
            whose address is 333 South Anita Drive, Suite 400, Orange, CA 92868

Assignee    NNPL Trust Series 2012-1 c/o Christiana Trust, a division of Wilmington Savings Fund Society,
            FSB, whose address is 500 Delaware Avenue, 11th Floor, Wilmington, Delaware 19801

Original Lender  Mortgage Electronic Registration Systems, Inc ("MERS") as nominee for Access National
Mortgage

Mortgage made by Dianne L Lunn dated February 23, 2006 in the amount of $102,961 00 and interest
recorded on March 28, 2006 in the Office of the Clerk of the County of Monroe, State of New York, as
Instrument Number 200603280647, in Book 20367 on Page(s) 0322

Said mortgage was assigned from Mortgage Electronic Registration Systems, Inc ("MERS") as nominee for
Access National Mortgage to Countrywide Home Loans Servicing, L P by assignment dated February 23, 2006
and recorded November 06, 2009, as Instrument Number 200911060527, in Book 1623 on Page(s) 30

Said mortgage was assigned from Bank of America, N A , successor by merger to BAC Home Loans Servicing,
LP FKA Countrywide Home Loans Servicing, LP to Secretary of Housing and Urban Development  by
assignment dated April 10, 2013 and recorded April 23, 2013, as Instrument Number 201304230660, in Book
1729 on Page(s) 15

Said mortgage was assigned from Secretary of Housing and Urban Development  to Kondaur Capital
Corporation, as Separate Trustee of Matawin Ventures Trust Series 2012-3 by assignment dated April 10,
2013 and recorded April 23, 2013, as Instrument Number 201304230662, in Book 1729 on Page(s) 19

Commonly known as  926 BURRITT ROAD, HILTON, NY 14468
APN / Parcel Number  Section  031 03 Block  2 Lot  34

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good
valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby
acknowledged the Said Assignor hereby assigns, unto the above named Assignee the said Mortgage,
Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and full
benefit of the powers and of all the covenants and Provisions therein contained, and the said Assignor herby
grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage

Case 2-16-20163-PRW    Doc 37-6    Filed 03/24/16    Entered 03/24/16 15:20:28    Desc
Exhibit B    Page 9 of 23

**TO HAVE AND TO HOLD** the said Mortgage and Note, and also the said property unto the said Assignee forever, to the terms contained in said Mortgage and Note

**THIS** Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market

**IN WITNESS WHEREOF,** the Assignor has caused these presents to be signed by its duly authorized officer this _14_ day of _May_, 2014

**Kondaur Capital Corporation, as separate trustee**
**of Matawin Ventures Trust Series 2012-3**

By _____

    Hanh Nguyen, Collateral Manager

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___MAY 1 4 2014___ before me, ___Phuong B Lam-Nguyen___, a Notary Public personally appeared Hanh Nguyen who proved to me on the basis of satisfactory evidence to be the person(s) who name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) as Collateral Manager of Kondaur Capital Corporation, and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

_____ (Notary Seal)
Signature of Notary Public

```
PHUONG B  LAM-NGUYEN
Commission # 1924413
Notary Public - California
Orange County
My Comm  Expires Mar 4, 2015
```

Prepared By
DKR Collateral Dynamics, Inc
333 South Anita Drive, Suite 400, Orange, CA 92868
Terri Le
Loan Reference Number ████

**Exhibit "A"**

**Legal Description**

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF PARMA, COUNTY OF MONROE AND STATE OF NEW YORK:

PART OF THE WESTERLY SUBDIVISION OF LOT 2, RANGE 8 IN THE SOUTH SECTION OF BRADDOCKS BAY TOWNSHIP AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT IN THE CENTERLINE OF BARRITT ROAD AND THE CENTERLINE OF CLARKSON-PARMA TOWNLINE ROAD. THENCE (1) NORTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT; THENCE (2) EASTERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 100 FEET TO A POINT; THENCE (3) SOUTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT IN THE CENTERLINE OF BURRITTE ROAD. THENCE (4) WESTERLY AT AN INTERIOR ANGEL OF 90 DEGREES, 100 FEET TO A POINT OF BEGINNING. WHICH IS ALSO THE CENTERLINE OF BURRITT ROAD  SUBJECT TO THE RIGHTS OF THE PUBLIC TO THAT PART OF THE PREMISES LOCATED WITHIN THE RIGHT OF WAY OF BURRITT ROAD. THE ABOVE DESCRIBED PREMISES ARE ALSO KNOWN AS LOT NO. 20 ON A MAP OF THE KENNETH PODGERS FARR SUBDIVISION FILED IN THE MONROE COUNTY CLERK'S OFFICE IN LIBER 159 OF MAP AT PAGE 22 AND FRONTS 100 FEET ON THE NORTH SIDE OF BURRITT ROAD.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 031.03-2-34; SOURCE OF TITLE IS BOOK 09402, PAGE 0103 (RECORDED 05/29/01)

MONROE COUNTY CLERK'S OFFICE
ROCHESTER, NY

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #    887044

Index      ASSIGNMENT OF MORTGAGE

Book  1729        Page    19

No. Pages  .  4

Instrument ASSIGNMENT OF MORTGAGE

Return To:
    VISIONET SYSTEMS
    183 INDUSTRY DRIVE
    PITTSBURGH, PA 15275-

Date        04/23/2013

Time        01:07:41PM

USA/HUD

Control #   201304230662

KONDAUR CAPITAL CORPORATION

Mortgage # MCW041987

Employee . DianeA

COUNTY FEE NUMBER PAGES    $       15.00
RECORDING FEE              $       45 50

Total                      $       60 50
State of New York
MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

    CHERYL DINOLFO
    MONROE COUNTY CLERK



WHEN RECORDED MAIL TO·
Kondaur Capital Corporation - 160847
1 City Blvd West, Ste 600
Orange, CA 92868

_____[Space Above This Line For Recording Data]_____

## ASSIGNMENT OF MORTGAGE

County of MONROE, State of New York

Assignor Secretary of Housing and Urban Development, 451 7th Street, S W Washington DC, 20410

Assignee Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures Trust Series 2012-3, whose address is 1 City Blvd West, Suite 600, Orange CA 92868,

Original Lender Mortgage Electronic Registration Systems, Inc ("MERS") as nominee for Access National Mortgage

Mortgage made by Dianne L. Lunn dated February 23, 2006 in the amount of ($102,961 00) and interest recorded on March 28, 2006 in the Office of the Clerk of the County of MONROE as Instrument # 200603280647 in Book 20367, Page 0322

Said mortgage was assigned by Mortgage Electronic Registration Systems, Inc ("MERS") as nominee for Access National Mortgage to Countrywide Home Loans Servicing, L.P by assignment dated February 23, 2006 and recorded on November 06, 2009 as Instrument # 200911060527 in Book 623, Page 30

Said mortgage was assigned by Bank of America, N A , successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP to Secretary of Housing and Urban Development and record concurrently with said assignment

Property Address 926 BURRITT ROAD, HILTON, NEW YORK 14468
Section 031 03   Block   2        Lot 34

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns, unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and full benefit of the powers and of all the covenants and Provisions therein contained, and the said Assignor herby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage

**TO HAVE AND TO HOLD** the said Mortgage and Note, and also the said property unto the said Assignee forever, to the terms contained in said Mortgage and Note

*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this ___10___ day of __April__ , 2013

*IN PRESENCE OF*

Secretary of Housing and Urban Development (HUD) by it's Attorney-In-Fact, Kondaur Capital Corporation, as Separate Trustee of the Matawin Ventures Trust Series 2012-3

By _____
Name   Hanh D Nguyen
Title   Collateral Manager

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK )
) ss
COUNTY OF )

On the _____ day of _____ in the year 2012, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

_____
Notary Public
My Commission Expires

Acknowledgment by a Person Outside New York State (RPL § 309-b)

STATE OF *California* )
COUNTY OF *Orange* ) ss
)

On the *10* day of *April* in the year 2013, before me Phuong B. Lam-Nguyen , Notary Public, the undersigned, personally appeared *Hanh D Nguyen* , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the in the State of *California*

_____
Notary Public
My Commission Expires *March 4, 2015*

PHUONG B LAM NGUYEN
Commission # 1924413
Notary Public - California
Orange County
My Comm. Expires Mar 4, 2015

Prepared By Terri Le
Kondaur Capital Corporation - 160847
One City Blvd West, Ste 600
Orange, CA 92868

## EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF PARMA, COUNTY OF MONROE AND STATE OF NEW YORK:

PART OF THE WESTERLY SUBDIVISION OF LOT 2, RANGE 8 IN THE SOUTH SECTION OF BRADDOCKS BAY TOWNSHIP AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT IN THE CENTERLINE OF BURRITT ROAD AND THE CENTERLINE OF CLARKSON-PARMA TOWNLINE ROAD  THENCE (1) NORTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT; THENCE (2) EASTERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 100 FEET TO A POINT; THENCE (3) SOUTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT IN THE CENTERLINE OF BURRITT ROAD  THENCE (4) WESTERLY AT AN INTERIOR ANGEL OF 90 DEGREES, 100 FEET TO A POINT OF BEGINNING  WHICH IS ALSO THE CENTERLINE OF BURRITT ROAD  SUBJECT TO THE RIGHTS OF THE PUBLIC TO THAT PART OF THE PREMISES LOCATED WITHIN THE RIGHT OF WAY OF BURRITT ROAD. THE ABOVE DESCRIBED PREMISES ARE ALSO KNOWN AS LOT NO  20 ON A MAP OF THE KENNETH PODGERS FARM SUBDIVISION FILED IN THE MONROE COUNTY CLERK'S OFFICE IN LIBER 159 OF MAP AT PAGE 22 AND FRONTS 100 FEET ON THE NORTH SIDE OF BURRITT ROAD

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 031 03-2-34, SOURCE OF TITLE IS BOOK 09402, PAGE 0103 (RECORDED 05/29/01)

**MONROE COUNTY CLERK'S OFFICE**
ROCHESTER, NY

Receipt #    887044

Index        ASSIGNMENT OF MORTGAGE

Book  1729          Page      15

No  Pages    4

Return To.
   VISIONET SYSTEMS
   183 INDUSTRY DRIVE
   PITTSBURGH, PA 15275-

Instrument ASSIGNMENT OF MORTGAGE

Date         04/23/2013

Time         01·05·41PM

BANK OF AMERICA NA

USA/HUD

Control #  201304230660

Mortgage # MCW041987

Employee : DianeA

| COUNTY FEE NUMBER PAGES | $ | 15.00 |
|---|---|---|
| RECORDING FEE | $ | 45 50 |

Total                    $        60.50

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK  DO NOT DETACH OR REMOVE.

   CHERYL DINOLFO
   MONROE COUNTY CLERK



RECORDED

*05*

2013 APR 23 AM 9: 06

MONROE COUNTY CLERK

WHEN RECORDED MAIL TO
Kondaur Capital Corporation - 160847
1 City Blvd West, Ste 600
Orange, CA 92868

_____[Space Above This Line For Recording Data]_____

## ASSIGNMENT OF MORTGAGE

County of MONROE, State of New York

Assignor Bank of America, N A , successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, 1800 Tapo Canyon Road, Simi Valley, CA 93063

Assignee Secretary of Housing and Urban Development, 451 7th Street, S W Washington DC, 20410

Original Lender Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Access National Mortgage

Mortgage made by Dianne L Lunn dated February 23, 2006 in the amount of ($102,961 00) and interest recorded on March 28, 2006 in the Office of the Clerk of the County of MONROE as Instrument # 200603280647 in Book 20367, Page 0322

Said mortgage was assigned by Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Access National Mortgage to Countrywide Home Loans Servicing, L.P by assignment dated February 23, 2006 and recorded on November 06, 2009 as Instrument # 200911060527 in Book 623, Page 30

Property Address 926 BURRITT ROAD, HILTON, NEW YORK 14468
Section 031 03 Block 2 Lot. 34

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns, unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and full benefit of the powers and of all the covenants and Provisions therein contained, and the said Assignor herby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, to the terms contained in said Mortgage and Note
THIS Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market
IN WITNESS WHEREOF, the Assignor has caused these presents to be signed by its duly authorized officer this _10_ day of _April_____, 2013

IN PRESENCE OF

Bank of America, N A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP by it's attorney-in-fact, Kondaur Capital Corporation, a Delaware corporation

By_____
Name  Hanh D. Nguyen
Title  Collateral Manager

Acknowledgment by a Person Within New York State (RPL § 309-a)

STATE OF NEW YORK )
                          ) ss
COUNTY OF )

On the _____ day of _____ in the year 2012, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

_____

Notary Public
My Commission Expires

Acknowledgment by a Person Outside New York State (RPL § 309-b)

STATE OF Cal i for nia )
COUNTY OF Orange ) ss
                              )

On the _10_ day of April_____ in the year 2013, before me
Phuong B Lam-Nguyen____, Notary Public, the undersigned, personally appeared
Hank T Nguyen personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the in the State of California_____

_____

Notary Public
My Commission Expires.

PHUONG B LAM-NGUYEN
Commission # 1924413
Notary Public - California
Orange County
My Comm. Expires Mar 4, 2015

Prepared By Terri Le
Kondaur Capital Corporation - 160847
One City Blvd West, Ste 600
Orange, CA 92868

## EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF PARMA, COUNTY OF MONROE AND STATE OF NEW YORK:

PART OF THE WESTERLY SUBDIVISION OF LOT 2, RANGE 8 IN THE SOUTH SECTION OF BRADDOCKS BAY TOWNSHIP AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT IN THE CENTERLINE OF BARRITT ROAD AND THE CENTERLINE OF CLARKSON-PARMA TOWNLINE ROAD  THENCE (1) NORTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT; THENCE (2) EASTERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 100 FEET TO A POINT; THENCE (3) SOUTHERLY AT AN INTERIOR ANGLE OF 90 DEGREES, 258 FEET TO A POINT IN THE CENTERLINE OF BURRITTE ROAD  THENCE (4) WESTERLY AT AN INTERIOR ANGEL OF 90 DEGREES, 100 FEET TO A POINT OF BEGINNING  WHICH IS ALSO THE CENTERLINE OF BURRITT ROAD  SUBJECT TO THE RIGHTS OF THE PUBLIC TO THAT PART OF THE PREMISES LOCATED WITHIN THE RIGHT OF WAY OF BURRITT ROAD  THE ABOVE DESCRIBED PREMISES ARE ALSO KNOWN AS LOT NO  20 ON A MAP OF THE KENNETH PODGERS FARR SUBDIVISION FILED IN THE MONROE COUNTY CLERK'S OFFICE IN LIBER 159 OF MAP AT PAGE 22 AND FRONTS 100 FEET ON THE NORTH SIDE OF BURRITT ROAD

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 031 03-2-34; SOURCE OF TITLE IS BOOK 09402, PAGE 0103 (RECORDED 05/29/01)

MONROE COUNTY CLERK'S OFFICE
ROCHESTER, NY

Receipt #   887044

Index      ASSIGNMENT OF MORTGAGE

Book  1729        Page    15

No  Pages    4

Instrument ASSIGNMENT OF MORTGAGE

Return To
     VISIONET SYSTEMS
     183 INDUSTRY DRIVE
     PITTSBURGH, PA 15275-

Date      04/23/2013

Time      01 05 41PM

BANK OF AMERICA NA

USA/HUD

Control #  201304230660

Mortgage # MCW041987

Employee   DianeA

| | | |
|---|---|---|
| COUNTY FEE NUMBER PAGES | $ | 15 00 |
| RECORDING FEE | $ | 45 50 |

Total              $         60 50

State of New York
MONROE COUNTY CLERK'S OFFICE
WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK  DO NOT DETACH OR REMOVE

     CHERYL DINOLFO
     MONROE COUNTY CLERK



ORIGINAL ∣ 49

**RR&A #** [redacted]
**COUNTY** Monroe
**SECTION** 031 03
**BLOCK** 2
**LOT** 34

COPY

Form 8021*-Assignment of Mortgage without Covenant-
Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-**
THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

KNOW THAT

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR
ACCESS NATIONAL MORTGAGE** a corporation organized and existing under the laws of
the United States of America whose principal place of business is **3300 SOUTHWEST 34TH
AVENUE, SUITE 101 OCALA, FL 34474**

assignor,

in consideration of TEN AND 00/100 DOLLARS ($10 00) and other good and valuable
consideration, paid by

**Countrywide Home Loans Servicing, L.P** a corporation whose principal place of business is
**7105 Corporate Drive, Plano, TX 75024,**
assignee,

hereby assigns unto the assignee, a certain Mortgage dated February 23, 2006, made by
DIANNE L LUNN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS
NOMINEE FOR ACCESS NATIONAL MORTGAGE in the principal sum of $102,961 00 and
recorded on March 28, 2006 in Liber/Reel 20367 of Mortgages, Page 0322 in the Office of the
Clerk of the County of Monroe covering premises known as 926 BURRITT ROAD, HILTON,
NY 14468

This assignment is effective as of *2-23-06*    [redacted]

This assignment is not subject to the requirements of Section 275 of the Real Property Law
because it is an assignment within the secondary mortgage market

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due
and to grow due thereon with the interest, TO HAVE AND TO HOLD the same unto the
assignee and to the successors, legal representatives and assigns of the assignee forever

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees"
whenever the sense of this instrument so requires

DATED *5/5/09*

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC AS NOMINEE FOR ACCESS
NATIONAL MORTGAGE

By [signature]

MICALL BACHMAN  IS VICE PRESIDENT

(General Acknowledgment for documents executed and notarized in <u>New York State Only</u>)

ACKNOWLEDGMENT

State of New York          )
County of _____)ss

On the _____ day of _____ in the year _____ before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her heir capacity(ies), that by his/her heir signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted  executed the instrument


_____
Notary Signature

**(General Acknowledgment for documents executed and notarized <u>outside of New York State, except California</u>)**

ACKNOWLEDGMENT

State of _____**TEXAS**_____ }
County of ____**COLLIN**____ } ss

On the _____ day of ~~MAY 0 1 200~~ in the year _____ before me, the undersigned, personally appeared **MICALL BACHMAN** ~~V.P. / VICE-PRESIDENT~~ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her heir capacity(ies), that by his/her heir signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of ____**PLANO TEXAS**_____, State of _____**TEXAS**_____

_____
Notary Signature

**(General Acknowledgment for documents executed and notarized in <u>California</u>)**

ACKNOWLEDGMENT

State of California          }
County of _____} ss

On _____, before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

Witness my hand and official seal


_____
Notary Signature

COPY

Assignment of Mortgage
Without Covenant



SECTION   031 03

TITLE NO                                    BLOCK   2

================================   LOT     34

MORTGAGE ELECTRONIC REGISTRATION    COUNTY OR TOWN  Monroe
SYSTEMS, INC AS NOMINEE FOR ACCESS   PROPERTY ADDRESS  926 BURRITT ROAD,
NATIONAL MORTGAGE                   HILTON, NY 14468

TO                                  RECORD AND RETURN TO

Countrywide Home Loans Servicing, L P   Countrywide Home Loans, Inc , c/o
                                        Rosicki,Rosicki and Associates
================================    51 E  Bethpage Road
                                        Plainview, NY 11803