# FINANCIAL ASSET SERVICES, INC.

17752 Mitchell N., Ste. A-B
Irvine, CA 92614
(949) 862-1425
www.fasinc.com

## BROKER'S PRICE OPINION - FAS FORM 201

### SUBJECT PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Loan Number: | | Borrower: | APN#: |
| Street Address: | | City: | State: | Zip Code: |

### SUBJECT PROPERTY MARKET PRICES

| | | | | |
|---|---|---|---|---|
| Estimated Market Time: | (90 Days) | (90 Days) | (30 Days) | (90 Days) |
| Suggested List Price: | As Is List: | As Repaired List: | Quick Sale: | Land: |
| Estimated Sales Price: | As Is Sale: | As Repaired Sale: | Quick Sale: | Land: |

### SUBJECT PROPERTY REPAIRS

| | | |
|---|---|---|
| Description: | | Estimate: |
| Description: | | Estimate: |
| Description: | | Estimate: |
| Description: | | Estimate: |
| Description: | | Estimate: |
| Lender Required Property Repairs: | Contribution of Value: | Estimate Total: |
| Explain Required Repairs: | | |

### SUBJECT PROPERTY CHARACTERISTICS

| Subject Property Address | Type | Cond | Sq Ft | BR | Bath | Lot Sz | Gar | Bsmnt | Year | LP | Listed | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### SUBJECT PROPERTY COMMENTS

| | PROPERTY STATUS | |
|---|---|---|
| | Vacant: | |
| | Vandalized: | |
| | Locked/Secured: | |
| | Winterized: | |

### COMPARABLE SALE INFORMATION    - Indicates the comparable considered most similar in value to subject

| Comparable Sale Address | Type | Cond | Prox | Sq Ft | BR | Bath | Lot Sz | Gar | Bsmnt | Year | LP | SP | Sale Date | $PSF | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ACTIVE COMPARABLE INFORMATION    - Indicates the comparable considered most similar in value to subject

| Active Comparable Address | Type | Cond | Prox | Sq Ft | BR | Bath | Lot Sz | Gar | Bsmnt | Year | Orig LP | Curr LP | $PSF | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

### LISTING AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Firm Name: | Phone Number: | Subject MLS #: |

### NEIGHBORHOOD DATA

| | | |
|---|---|---|
| Number of similar listings within 1 mile: | Listing price range:    - | Pride of Ownership: |
| Avg marketing time for comparable sales: | | Avg marketing time for comparable listings: |
| Construction nearby?    Distance: | Construction Price Range:    - | Neighborhood Trend: |
| Neighborhood Trend Rate:    % monthly | Rental Market: Lease potential $    month | REO competition Price Range:    - |
| Special Assessments/Homeowner Dues? | Amount: | Population Density: |
| Management Co Name: | Management Co Phone: | Mello Roos Fees? |
| Yearly Property Taxes: $ | Current: | |
| Neighborhood factors that would detract from subject: | | |

### BPO PREPARATION

| | | |
|---|---|---|
| Broker Firm Name: | Preparer: | Inspection Date: |
| Broker Tax ID#: | Report Date: | FAS Review Date: |
| Prox to subject: | Explanation: | |



# FINANCIAL ASSET SERVICES, INC.
## Subject Photo Addendum

| Client Name: | |
|---|---|
| | |
| Subject Property: | |



Subject Front Photo



House Number Identification



Subject Side Photo



Subject Street Photo



# FINANCIAL ASSET SERVICES, INC.

## Comparable Photo Addendum

| | |
|---|---|
| **Client Name:** | |
| **Loan Number:** | |
| **Subject Property:** | |


**List Comp 1**


**Sold Comp 1**


**List Comp 2**


**Sold Comp 2**


**List Comp 3**


**Sold Comp 3**

**"Due to Federal MSA and/or municipal limitations, location maps may not be available in some rural and newer communities."**



# FINANCIAL ASSET SERVICES, INC.

**PROXIMITY MAP: 926 BURRITT ROAD HILTON, NY 14468**

| LISTING LEGEND AND INFORMATION | | STREET ADDRESS | ZIP CODE | PROXIMITY | STATUS |
|---|---|---|---|---|---|
| | SUBJECT PROPERTY | 926 Burritt Road | 14468 | 0 MI | * Address Verified |
| 1 | COMPARABLE LISTING | 820 Burritt Rd | 14468 | 0.52mi | * Address Verified |
| 2 | COMPARABLE LISTING | 266 Dunbar Rd | 14468 | 2.7mi | * Address Verified |
| 3 | COMPARABLE LISTING | 10 Overlook Dr | 14468 | 3mi | * Address Verified |
| 4 | COMPARABLE SALE | 6 Hill Rd | 14468 | 2mi | * Address Verified |
| 5 | COMPARABLE SALE | 2041 Clarkson Parma Tl Rd | 14430 | 0.25mi | * Unknown Address |
| 6 | COMPARABLE SALE | 289 Applewood Ln | 14468 | 3.5mi | * Address Verified |

* THIS COMPARABLE SALE OR LISTING IS NOT SHOWN HERE DUE TO THE ABILITY TO BE GEOCODED.

* THE ADDRESS FOR THIS COMPARABLE SALE OR LISTING HAS BEEN VERIFIED AND GEOCODED.

ALL COMPARABLE SALES AND LISTINGS PROXIMITY DATA HAS BEEN PROVIDED BY THE ASSIGNED AGENT.