# Peter T. Roach & Associates, P.C.

Attorneys at Law
6901 Jericho Turnpike, Suite 240
Syosset, NY 11791
————————
Telephone (516) 938-3100
Facsimile (516) 931-4403
www.roachlawfirm.com

April 13, 2016

Honorable Paul R. Warren
United States Bankruptcy Court
Western  District of New York
100 State Street
Rochester, NY 14614

      **RE: DIANNE LYNN LUNN**
          **Case No. 16-20163  Chapter 7**
          **WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Honorable and Dear Paul R. Warren:

Please accept this letter as a formal withdrawal of the Motion for Relief from Automatic Stay, filed on March 24, 2016 on behalf of WestVue NPL Trust II.

   Thank you for your courtesy and cooperation herein.

                Respectfully yours,

                */S/Michael C. Manniello*
                Michael C. Manniello

Encl.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR
AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**